■ JAMES H. SCOTT, Respondent, v EUGENE GEORGE, Appellant. [635 NYS2d 864] —Order insofar as appealed from unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying defendant's motion to dismiss the complaint pursuant to CPLR 3012 (b). The proffered excuse that plaintiff did not understand that he could not proceed *pro se* while represented by an attorney does not constitute a reasonable excuse for the untimely service of the complaint nor does it excuse his failure to submit an affidavit of merit *(see, Redding v Saunders,* 213 AD2d 1015, *lv denied* 85 NY2d 811; *Brooks v Inn at Saratoga Assn.,* 188 AD2d 921; *Sabatino v Albany Med. Ctr. Hosp.,* 187 AD2d 777, 778; *Yule v Comerford,* 140 AD2d 981; *see generally, Kel Mgt. Corp. v Rogers & Wells,* 64 NY2d 904, 905). "A *pro se* litigant acquires no greater rights than those of any other litigant and cannot use such status to deprive defendant of the same rights as other defendants [citation omitted]" *(Brooks v Inn at Saratoga Assn., supra,* at 921). (Appeal from Order of Supreme Court, Monroe County, Kehoe, J.—Dismiss Action.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.